**Opinion filed August 31, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00039-CV
_____

### HOUSE OF YAHWEH, YISRAYL HAWKINS, AND SHANDRA HAWKINS, Appellants

### V.

### MICHAEL WAYNE JOHNSON, JR., INDIVIDUALLY AND AS NEXT FRIEND OF A.J. AND L.J., MINORS, AND AS REPRESENTATIVE OF THE ESTATE OF LISA JOHNSON, DECEASED, Appellees

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 21576**

### MEMORANDUM OPINION

The parties have filed in this court an agreed motion to dismiss the appeal. Attached to the motion is a copy of the trial court's order dismissing the underlying claims. The motion is granted, and the appeal is dismissed.

August 31, 2010                               PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.